

**Aubrie Linder, Esquire**
Licensed in PA, NJ & TX
(215) 876 - 0800
aubrie@kaminskylaw.com

April 29, 2025

**VIA EMAIL:** njdnef_Williams@njd.uscourts.gov
The Honorable Judge Karen M. Williams
United States District Court
District of New Jersey
Camden Vicinage

Re:     **Kevin Gill v. Game Changer Wrestling, LLC, et al.**
        *USDC for the District of New Jersey, Civil No. 24-10650 (KMW/AMD)*

Dear Judge Williams:

My office represents Plaintiff Kevin Gill ("Plaintiff" or "Mr. Gill") in the above referenced matter and I write jointly on behalf of Plaintiff and Defendants Game Changer Wrestling, LLC ("GCW") and Brett Hoffman ("Mr. Hoffman") (collectively the "Defendants"). On April 22, 2025, counsel for Plaintiff conferred with counsel for Defendants via phone conference pursuant to L. Civ. R. 26.1(b)(2) and 26.1(d) concerning discovery of electronically stored information, including social media, and the parties have agreed on computer-based discovery matters. Specifically, images of electronic documents will be produced in the first instance, with each party entitled to demand native files with metadata upon a showing of materiality and proportionality.

Sincerely,

**KAMINSKY LAW, LLC**

*Aubrie Linder*
Aubrie Linder, Esquire

cc: Sarah Sulkowski via email
    Zachary Gelber via email

**Bucks County**
207 Buck Rd., Suite 2
Southampton, PA 18966

Ph: (215) 876-0800
Fax: (844) 888-0530
www.KaminskyLaw.com

**Philadelphia**
1601 Lombard Street, Suite 2A
Philadelphia, PA 19146