

**Aubrie Linder, Esquire**
Licensed in PA, NJ & TX
(215) 876 - 0800
aubrie@kaminskylaw.com

June 25, 2025

<u>**VIA ECF FILING**</u>:
Honorable Karen M. Williams
United States District Court
Michell H. Cohen U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    Re:    <u>**Gill v. Game Changer Wrestling, LLC, et al.**</u>
              *USDC for the District of New Jersey, Case No. 1:24-cv-10650-KMW*

Dear Judge Williams,

    As the Court is aware, my office represents Plaintiff Kevin Gill in the above referenced matter. This correspondence is in regards to this Court's Order dated April 8, 2025. I am also writing on behalf of Defendants' counsel, who have been copied on this letter.

    Pursuant to this Court's Order, the parties are scheduled for a telephone status conference on July 16th, 2025, at 2:00pm and at least three (3) business days prior to the scheduled conference, the parties shall send the Court a letter identifying all discovery disputes, if any exist.

    Counsel for both parties conferred and seek clarification following discussions held during the initial phone conference which was conducted on April 8th, 2025. It is Counsels' recollection that the upcoming, July 16th, 2025, status conference will also function as a settlement conference. To ensure both sides are prepared, the parties would like to know if the Court expects a brief settlement memorandum or any other documents to be sent to Chambers ahead of this conference and whether the clients should be available with settlement authority. If any settlement memorandum is requested, the parties respectfully request that any submission be limited to 3 pages.

    Thank you for your time and clarification on this matter.

                                              Sincerely,

                                              **KAMINSKY LAW, LLC**

                                              *Aubrie Linder*
                                              Aubrie Linder, Esquire

cc via email:
R. Zachary Gelber, Esq.
Sarah A. Sulkowski, Esq.
Anton Kaminsky, Esq.

**Bucks County**
207 Buck Rd., Suite 2
Southampton, PA 18966

Ph: (215) 876-0800
Fax: (844) 888-0530
www.KaminskyLaw.com

**Philadelphia**
1601 Lombard Street, Suite 2A
Philadelphia, PA 19146