

**Aubrie Linder, Esquire**
Licensed in PA & NJ
(215) 876 - 0800
aubrie@kaminskylaw.com

May 11, 2026

**VIA ELECTRONIC FILING:**
Magistrate Judge Ann Marie Donio
United States District Court
Michell H. Cohen U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re:**   **Gill v. Game Changer Wrestling, LLC, et al.**
*USDC for the District of New Jersey, Case No. 1:24-cv-10650-KMW*

Dear Judge Donio,

      Counsel for both parties are pleased to inform the Court that the parties have a executed a final, binding settlement agreement, resolving all claims in this matter. The parties respectfully request that if no further letter or request is filed on or before July 13, 2026, this matter be dismissed with prejudice.

      Thank you for your time on this matter.

Sincerely,

**KAMINSKY LAW, LLC**

*Aubrie Linder*
_____
Aubrie Linder, Esquire

cc via email:
R. Zachary Gelber, Esq.
Sarah A. Sulkowski, Esq.
Anton Kaminsky, Esq.

**Bucks County**
207 Buck Rd., Suite 2
Southampton, PA 18966

Ph: (215) 876-0800
Fax: (844) 888-0530
www.KaminskyLaw.com

**Philadelphia**
1601 Lombard Street, Suite 2A
Philadelphia, PA 19146